No. 96–1721.   CITIZEN POTAWATOMI NATION *v.* C&L ENTERPRISES, INC.   Ct. Civ. App. Okla.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kiowa Tribe of Okla.* v. *Manufacturing Technologies, Inc.*, 523 U. S. 751 (1998).

No. 97–216.   KIOWA TRIBE OF OKLAHOMA *v.* AIRCRAFT EQUIPMENT CO. ET AL.   Sup. Ct. Okla.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kiowa Tribe of Okla.* v. *Manufacturing Technologies, Inc.*, 523 U. S. 751 (1998).

No. D–1922.   IN RE DISBARMENT OF GOLDFLAM.   Disbarment entered.   [For earlier order herein, see 523 U. S. 1017.]

No. D–1924.   IN RE DISBARMENT OF MONTAGUE.   Disbarment entered.   [For earlier order herein, see 523 U. S. 1017.]

No. D–1925.   IN RE DISBARMENT OF HINDIN.   Disbarment entered.   [For earlier order herein, see 523 U. S. 1017.]

No. D–1926.   IN RE DISBARMENT OF WELLONS.   Disbarment entered.   [For earlier order herein, see 523 U. S. 1043.]

No. D–1927.   IN RE DISBARMENT OF MAYS.   Disbarment entered.   [For earlier order herein, see 523 U. S. 1044.]

No. D–1928.   IN RE DISBARMENT OF GOTTLIEB.   Disbarment entered.   [For earlier order herein, see 523 U. S. 1044.]

No. D–1934.   IN RE DISBARMENT OF SADLER.   Further consideration of response to rule to show cause deferred.   [For earlier order herein, see 523 U. S. 1069.]